■ People ex rel. Matthew Smith, Appellant, v Thomas Higgins, as Erie County Sheriff, et al., Respondents. [614 NYS2d 351] —Motion to proceed as poor person denied; cross motion to dismiss granted. Memorandum: Appellant's motion for poor person relief is denied on the ground that the appeal is moot *(see, People ex rel. Ezbitski v Koehler,* 136 AD2d 667; *see also, People ex rel. Lane v Infante,* 143 AD2d 483). Moreover, we conclude that it is appropriate for the appeal to be dismissed on the same ground. The issues raised on this appeal do not present any exception to the mootness doctrine. Present— Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.

■ Carnation France, Appellant, v State of New York, Respondent. [614 NYS2d 351] —Motion for extension of time to file and serve notice of appeal and for other relief denied. Memorandum: The time in which to take an appeal is jurisdictional and cannot be extended unless authorized by statute *(see, A. & B. Serv. Sta. v State of New York,* 50 AD2d 973, 974, *lv denied* 39 NY2d 709; *see also,* CPLR 5513, 5514, 5520). Present—Pine, J. P., Balio, Doerr, Davis and Boehm, JJ.